Opinion filed July 17,
2008 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00116-CV

                                                    __________

 

                               CHARLES MARTIN ET AL, Appellants

 

                                                             V.

 

                 SAGA
PETROLEUM CORPORATION ET AL, Appellees

 



 

                                         On
Appeal from the 118th District Court

                                                         Howard
County, Texas

                                                    Trial
Court Cause No. 40881

 



 

                                             M
E M O R A N D U M   O P I N I O N

On
May 14, 2008, the clerk of this court wrote the parties stating that it
appeared an appealable judgment had not been signed and that, therefore, this
appeal was premature.  The parties were directed to respond on or before May
29, 2008, showing grounds for continuing this appeal.  As of this date, the
parties have not established that a final, appealable judgment has been
entered.

The
appeal is dismissed.

 

July 17, 2008                                                                           PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.